**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 00-6417**

─────────────

TERENCE KEVIN BETHEA,

Plaintiff - Appellant,

versus

MARYLAND STATES ATTORNEY'S OFFICE FOR PRINCE
GEORGE'S COUNTY, MARYLAND,

Defendant - Appellee.

─────────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   William M. Nickerson, District Judge.
(CA-00-627-WMN)

─────────────

Submitted:  July 31, 2000          Decided:  August 22, 2000

─────────────

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

─────────────

Affirmed as modified by unpublished per curiam opinion.

─────────────

Terence Kevin Bethea, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Terrence Kevin Bethea appeals the district court's order denying his complaint filed under 42 U.S.C.A. § 1983 (West Supp. 2000). In this complaint, Bethea alleges that the Maryland States Attorney's Office has refused to comply with his requests for information in violation of state law and the Freedom of Information Act, and in so doing is violating his right to due process, ostensibly through interference with his right to access the courts.

We have reviewed the record and the district court's opinion and find no reversible error in the district court's determination that Bethea failed to demonstrate the relevance of his requested material. We therefore affirm on the reasoning of the district court. See <u>Bethea v. Maryland States Attorney's Office</u>, No. CA-00-627-WMN (D. Md. Mar. 10, 2000). However, because Bethea may be able to amend his complaint to explain the relevance of this material, we modify the district court's order to reflect a dismissal without prejudice. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED AS MODIFIED</u>

2